# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>RANDEZ LONG | ARRAIGNMENT AND PLEA HEARING<br>CASE NUMBER 12-CR-241 |

HONORABLE **Nancy Joseph**, presiding
Deputy Clerk: **Karen**
Hearing Held: **December 3, 2012**

Court Reporter: 
Hearing Began: **2:55:07**
Hearing Ended: **3:02:50**

**Appearances:**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA by: | **Matthew Jacobs** | |
| Randez Long, in person, and by: | **James Toran (Craig Albee for today)** | ☐ CJA  ☐ FDS  ☒ RET |
| , in person, and by: | | ☐ CJA  ☐ FDS  ☐ RET |
| , in person, and by: | | ☐ CJA  ☐ FDS  ☐ RET |
| U.S. PROBATION OFFICE by: | **Stephanie Mott** | |

INTERPRETER:  ☐ None   ☐ Sworn

☒ Original Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Misdemeanor    ☒ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | 2/11/13 | Trial Estimate: | **5 days** |
| Final Pretrial Date: | 2/1/13 at 10:15 a.m. | Voir Dire: | |
| Jury Trial Date: | 2/11/13 at 10:00 a.m. | Motions Due: | 12/18/12 |
| District Judge: | **Lynn Adelman** | Responses Due: | 12/28/12 |
| Magistrate Judge: | **Nancy Joseph** | Replies Due: | 1/2/13 |

- ☒ Defendant advised of rights
- ☐ Court orders counsel appointed
  - ☐ Defendant to reimburse at $ _____ per month
- ☒ Defendant advised of charges, penalties, and fines
- ☒ Copy of indictment received by defendant
- ☐  ☐ Indictment read; or ☐ Defendant waives reading
- ☒ Not guilty plea entered by:
  - ☐ defendant    ☒ the court

- ☒ Open file policy applies
  Discovery available: **by 12/7/12**
  - ☐ Court discussed availability for incarcerated defendants
- ☒ Government to disclose GJ materials one day prior to trial
- ☐ Case designated complex
  - ☐ Scheduling conference set for: _____
  
  before ☐ AEG  ☐ PJG  ☐ WEC  ☐ NJ

Maximum Penalties:
1 & 2 - 20 Yrs. - $250,000    3 Yrs.    $100
Cnts. 3, 4 & 5 - 30 Yrs.    $1,000,000    5 Yrs.    $100
Cnt. 6 - 10 Yrs.    $250,000    3 yrs.    $100

**Randez Long**  12-CR-241

**Bond Status:**
- ☐ Defendant is ordered detained pending trial. SEE Order of Detention Pending Trial
- ☐ Court orders federal detainer
- ☐ Defendant is ordered temporarily detained for a maximum of: ☐ 3 days ☐ 5 days ☐ 10 days
  Detention Hearing set for: _____
- ☐ Defendant detained but court will review upon motion proposing conditions of release
- ☐ Bond continued as previously set
- ☐ Detention continued as previously set
- ☒ Defendant is released on: ☒ **O/R bond** ☐ Unsecured bond in the amount of: _____
  ☐ Bond secured by: ☐ Cash ☐ Property ☐ Cash/property

**Conditions of Release:**
- ☒ Report to Pretrial Services as directed
- ☐ Execute appearance bond:
  - ☐ Cash only _____
  - ☐ Property only: Value: $_____ Location: _____
  - ☐ Cash or property: _____
- ☒ Maintain employment
- ☒ Surrender passport to: Clerk of Court (when located)
- ☐ Obtain no passport
- ☒ Travel restricted to: ☒ ED-WI ☒ District of Texas where deft. resides
- ☐ No direct or indirect contact with: _____
- ☐ Undergo medical/psychiatric treatment: _____
- ☐ No firearms/weapons
- ☐ No excessive use of alcohol ☐ No alcohol
- ☐ No use, or illegal possession, of narcotic drugs/controlled substances, unless prescribed by a physician or other licensed medical practitioner
- ☐ Notify any medical provider of drug addiction
- ☐ Furnish PTS with a list of prescribed medications
- ☐ Testing for drugs/alcohol
- ☐ Inpatient drug treatment _____
- ☐ Outpatient drug treatment s directed by PTS
- ☐ Home confinement:
  - ☐ Curfew: ☐ as directed by USPO; or ☐ from: _____
  - ☐ Home detention with EM with restriction to residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities approved in advance by USPO
  - ☐ Home detention with electronic monitoring
  - ☐ Defendant to pay cost of EM as directed by PTS

- ☐
- ☐
- ☐

Govt. not seeking detention. Deft. self-surrendered today.
Crt. sets O/R bond w/conditions.