UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Hon. Lynn Adelman, presiding

CHANGE OF PLEA MINUTES

Date: 3/29/13
Case No.: 12 CR 241
United States v. Randez Long

Dep. Clerk: JDeitrich
Ct. Reptr.: JohnS.
Time Called: 11:47
Time Concluded: 11:53

United States by: Matt Jacobs
Probation Officer: Lisa Gyrak
Interpreter: _____ ☐ Sworn

Deft. Randez Long in person, and by Attorney James Toran

---

✓ Plea agreement filed
___ Information filed
___ Waiver of indictment filed

Government agrees to recommend sentence of no greater than 30 months, defense free to argue for less.

Defendant pleads guilty to Count(s) 4 & 6 of the (Indictment) / Information

✓ Adjudged guilty
✓ Presentence report ordered

Sentencing date set for 10:30 (a.m.) / p.m. 6/28/13

___ Defendant remanded to custody of U.S. Marshal
✓ Bond continued / set
   ___ with conditions as follows: